## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Heather Tinneny, | ) | Case No. 2:20-cv-05402 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Sargus |
| vs. | ) | |
| | ) | Magistrate Judge Jolson |
| JPMorgan Chase Bank, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>NOTICE OF SETTLEMENT</u>

NOTICE IS HEREBY GIVEN that Plaintiff Heather Tinneny and Defendant JPMorgan Chase Bank, N.A. ("Chase," and together with Plaintiff, the "Parties") have reached a settlement in principle between them in this matter. The Parties are in the process of completing the final settlement agreement and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days. Chase requests that the Court vacate all pending deadlines and hearings in this matter and the Parties request that the Court retain jurisdiction over the matter until such time as settlement is concluded.

Respectfully Submitted,

*/s/ David J. Dirisamer*
David J. Dirisamer (0092125)
BARNES & THORNBURG LLP
41 South High Street, Ste. 3300
Columbus, OH  43215
Telephone: (614) 628-1451
Fax: (614) 628-1433
david.dirisamer@btlaw.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been filed with the Court this 15th day of December, 2020, and electronically served on all parties via the CM/ECF system.


_/s/ David J. Dirisamer_
David J. Dirisamer