# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HEATHER TINNENY,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK,<br><br>Defendant. | Case No.: 2:20-cv-05402-EAS-KAJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Heather Tinneny and Defendant JPMorgan Chase Bank, N.A. (together, the "Parties") have settled this matter between them. Therefore, pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(ii), Plaintiff, individually, and JPMorgan Chase Bank, N.A. hereby stipulate and move that Plaintiff's claims against JPMorgan Chase Bank, N.A. be DISMISSED WITH PREJDUICE, with each party to bear its own attorneys' fees and costs. Respectfully submitted this 7th day of April 2021.

| | |
|---|---|
| **COZMYK LAW OFFICES, LLC** | **BARNES & THORNBURG LLP** |
| */s/ Peter Cozmyk* <br>Peter Cozmyk (Bar #78862)<br>6100 Oak Tree Blvd., Suite 200<br>Independence, Ohio 44131<br>pcozmyk@cozmyklaw.com<br>T: (877) 570-4440<br>F: (216) 485-2125<br>*Attorneys for Plaintiff*<br>*Heather Tinneny* | */s/ David J. Dirisamer (by permission)*<br>David J. Dirisamer (Bar #0092125)<br>41 South High Street, Ste. 3300<br>Columbus, OH 43215<br>david.dirisamer@btlaw.com<br>T: (614) 628-1451<br>F: (614) 628-1433<br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Peter Cozmyk
Peter Cozmyk (Bar #78862)